UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-00872-AB-ACCV | Date: | June 17, 2026 |
|---|---|---|---|

Title:   *Eduardo Soto v. Chef Arango Indian Restaurant Corp., et al.*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution.  *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time perio has not been met.   Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before <u>June 26, 2026</u>,** why this action should not be dismissed for lack of prosecution.   This matter will stand submitted upon the filing of Plaintiff's response.  *See* Fed. R. Civ. P. 78.   Failure to respond will be deemed consent to the dismissal of the action.

☒    On May 15, 2026, Plaintiff filed a Third Stipulation for Extension of Time to Answer to Complaint (Dkt. No. 17).   An Order granting the Stipulation was entered on May 20, 2026, with a June 16, 2026 date to respond to the Complaint.   Defendants Chef Arango Indian Restaurant Corp. and Shlomo Botach did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).   Plaintiff can satisfy this

order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.